TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00011-CV

David E. Simpson, I a/k/a Dave Simpson; Dorothy Elaine Simpson;

and Vera Loie Simpson, Appellants

v.

Land & Lit, Inc.; Stacy Irene Harper Fenton; and Marcus L. Fenton, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 92-00722, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: January 30, 1997

Do Not Publish